IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Steven Kapp, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-cv-393 |
| | ) | |
| AT&T Umbrella Benefit Plan No. 1 | ) | Judge Thomas M. Rose |
| | ) | |
| and | ) | |
| | ) | |
| Sedgwick CMS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING**
**MOTION TO MODIFY BRIEFING SCHEDULE**

This matter is before the Court on the Defendants' Motion to Modify Briefing Schedule. The Court, having examined said Motion and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that the current date for the filing of motions for judgment on the administrative record is hereby vacated and extended to 30 days. It is further ordered that the date for simultaneous responses shall be 42 days following the filing of the opening motions.

```
                                s/Thomas M. Rose
```
UNITED STATES DISTRICT JUDGE

DISTRIBUTION:
Robert F. Seidler
robert.seidler@ogletreedeakins.com
Eric P. Mathisen
eric.mathisen@ogletreedeakins.com
Stanley L. Myers
slm000@aol.com